## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**SIMON VERDUYN and**
**ELSIE VERDUYN,**

    **Plaintiffs,**

**vs.**                           **CASE NO.: 2:23-cv-914**

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## COMPLAINT

**COME NOW** the Plaintiffs, SIMON VERDUYN and ELSIE VERDUYN ("Plaintiffs"), by and through their undersigned counsel, and hereby sue the Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Defendant"), and as grounds therefor state as follows:

## PARTIES

1.    At all times material hereto, Plaintiffs were and are the owners of real property located at 5343 SW 8th Court, Cape Coral, Lee County, Florida 33914.

2.    The Defendant is an insurance company authorized to conduct business in the State of Florida and is engaged in the business of insurance in Lee County, Florida.

## JURISDICTION AND VENUE

3.     This action arises under the *National Flood Insurance Act*, as amended, 82 Stat. 583, 42 U.S.C. §4001, *et seq.*, pursuant to the insurance contract issued to the Plaintiffs. This action, having arisen under an applicable federal statute, namely, 42 U.S.C. §4072, requires the application of federal law pursuant to the general federal jurisdiction provisions of 28 U.S.C. §1331.

4.     The insured property is situated in the Middle District of Florida and venue is proper in this Court pursuant to 42 U.S.C. §4072 and 44 C.F.R. Pt. 61, App. A(1), Article VII(R).

## FACTUAL ALLEGATIONS

5.     Plaintiffs purchased a flood policy of insurance, Policy No. 1096984235 (the "Policy"), for the policy period March 30, 2022, through March 30, 2023. Copies of the Flood Policy Declarations issued by United Property & Casualty Insurance Company  ("UPC") and the Standard Flood Insurance Policy Dwelling Form are attached hereto and incorporated herein as **"Exhibit A"**.

6.     The Policy issued to the Plaintiffs covered flood damage to the Plaintiffs' dwelling (Building) and personal property (Contents).

7.     Plaintiffs paid all premiums on the Policy and the Policy was in full and continuing force and effect at all relevant times herein.

2

8.     On February 27, 2023, the Circuit Court in and for Leon County, Florida placed UPC into receivership. Defendant, Wright National Flood Insurance Company, has assumed the liabilities and obligations of the Plaintiffs' claim and policy pursuant to the Unopposed Order Granting Department of Financial Services as Receiver of United Property and Casualty Insurance Company's Motion to Approve Assignment and Assumption of Flood Book dated April 28, 2023, attached hereto as **"Exhibit B"**.

9.     Defendant, Wright National Flood Insurance Company, has assigned Policy No. 091152426100 and Claim No. 233365 to this loss.

10.     On or about September 28, 2022, rising water caused the inundation by water of the insured property and the surrounding area causing flood waters to enter the residence on the insured property. As a direct and proximate result of the flooding, Plaintiffs suffered a direct physical loss to their residence and personal property located at 5343 SW 8th Court, Cape Coral, Lee County, Florida 33914. UPC partially indemnified Plaintiffs for the damages to their dwelling and contents, but a dispute has arisen over the scope and amount of necessary building damage repairs as well as coverage for the total amount of flood damaged personal property items.

11.    The damage to Plaintiffs' real and personal property was caused by flood and is, therefore, an undisputed covered peril under the Policy.

12.    Plaintiffs made timely application for insurance benefits under the Policy and the claim was inspected and adjusted by or on behalf of UPC, but Defendant has failed to pay the full benefits due and owing under the Policy for this loss.

13.    All conditions precedent to obtaining payment of said benefits under the Policy from Defendant have been complied with, met, or waived.

## COUNT I
## Breach of Contract

14.    Plaintiffs reallege and incorporate paragraphs one (1) though thirteen (13) as though fully set forth herein.

15.    Defendant has a duty to indemnify the Plaintiffs in the event of a covered cause of loss during the policy period.

16.    Defendant has breached the Policy of insurance by failing to pay the full benefits due and owing under the Policy for a covered cause of loss during the policy period.

17.    Defendant's breach of the Policy of insurance as noted in Paragraph 16 above has proximately caused damage to the Plaintiffs.

18.    Plaintiffs have been damaged by failing to receive the full benefits available under the Policy for their loss.

19.    Plaintiffs are entitled to the full cost of repair of the damage to their property, including but not limited to, repair to the structure, emergency repairs, and all other coverages afforded by the Policy for this loss.

20.    Because of Defendant's refusal to pay the losses sustained by Plaintiffs in full, Plaintiffs have retained the services of the undersigned attorney and are obligated to pay a reasonable fee for her services. Plaintiffs are entitled to attorney's fees, costs and case expenses incurred in filing and prosecuting this action pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. § 2412.

**WHEREFORE,** Plaintiffs, SIMON VERDUYN and ELSIE VERDUYN, demand a judgment against the Defendant for:

a.    All damages to which Plaintiffs are entitled, including all benefits available under the Policy for this loss;

b.    Court costs, case expenses, expert fees and costs, and attorney's fees pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. § 2412;

c.    Trial by jury of all issues so triable as a matter of right; and

d.    All further relief that the Court deems just and proper.

**DATED** this 18th day of October, 2023.

/s/Nicole C. Vinson
Nicole C. Vinson, Esq.
Florida Bar No. 34953

5

STOCKHAM LAW GROUP, P.A.
109 S. Edison Ave.
Tampa, Florida  33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
Counsel for Plaintiffs
nvinson@stockhamlawgroup.com
tvarn@stockhamlawgroup.com